| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Rodriguez, Xavier | 2. Court or Organization<br><br>Western District of Texas | 3. Date of Report<br><br>3/21/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>655 E. Durango Blvd.<br><br>San Antonio, Texas 78206 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | San Antonio Bar Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED 2005 MAR 28 A 11: 00

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ *NONE* - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ *NONE* - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | Judson I.S.D., Salary - Teacher |
| 2. 2004 | New Braunfels I.S.D. - Substitute Teacher |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ *NONE* - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | San Antonio Bar Association | March 26 &27. Speaker - continuing legal education seminar. Austin, Texas. Mileage and hotel. |
| 2. | State Bar of Texas | April 12. Speaker - continuing legal education seminar. Austin, Texas. Mileage. |
| 3. | University of Texas at Austin | May 6. Speaker - continuing legal education seminar. Austin, Texas. Mileage. |
| 4. | State Bar of Texas | May 15-16. Austin, Texas. Speaker - continuing legal education seminar. Mileage and hotel. |
| 5. | American Law Institute | June 5 & 6. Philadelphia, Pa. Employment Restatement project. Airfare and hotel |
| 6. | Texas Tech Univ. Law School | August 17. Lubbock, Texas. Speaker to incoming 1L class. Airfare and hotel. |
| 7. | Univ. of Texas at Austin | Sept. 30-Oct. 1. Dallas, Tx. Speaker - continuing legal education seminar. Airfare and hotel. |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | Univ. of Texas at Austin | Oct. 14 & 15. Houston, Tx. Speaker - continuing legal education seminar. Airfare and hotel. |
| 9. | State Bar of Texas | Nov. 10 & 11. Houston, Tx. Speaker - continuing legal education seminar. Airfare and hotel. |

## V. *GIFTS.* (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ *NONE* - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. *LIABILITIES.* (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ *NONE* - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 3/21/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ *NONE*  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity IRA Baron Growth | A | Dividend | J | T | | | | | |
| 2. Fidelity IRA Blue Chip Growth | A | Dividend | K | T | | | | | |
| 3. Fidelity IRA Dividend Growth | A | Dividend | K | T | | | | | |
| 4. Fidelity IRA Equity Income | A | Dividend | K | T | | | | | |
| 5. Fidelity IRA Government Income | A | Dividend | J | T | | | | | |
| 6. Fidelity IRA Low Priced Stock | A | Dividend | K | T | | | | | |
| 7. Fidelity IRA Mid Cap Stock | A | Dividend | K | T | | | | | |
| 8. Fidelity IRA Puritan | A | Dividend | J | T | | | | | |
| 9. Fidelity IRA Intermediate Bond | A | Dividend | L | T | | | | | |
| 10. Fidelity IRA Spartan US Equity Index | A | Dividend | J | T | | | | | |
| 11. Fidelity IRA Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 12. Fidelity IRA Weitz Value | A | Dividend | K | T | | | | | |
| 13. American Express New Dimensions A IRA | A | Dividend | | | sell | 09-13 | J | | rollover to Fid IRA FBALX |
| 14. American Express Equity Value Fund A IRA | A | Dividend | | | sell | 09-13 | J | | rollover to Fid IRA FBALX |
| 15. American Express Equity Select Fund IRA | A | Dividend | | | sell | 09-13 | J | | rollover to Fid IRA FBALX |
| 16. USAA Growth & Tax | A | Dividend | | | sell | 08-13 | K | | rollover to Am Balanced Fund |
| 17. USAA Growth | A | Dividend | | | sell | 08-13 | J | | rollover to Am Balanced Fund |
| 18. USAA First | A | Dividend | | | sell | 08-13 | J | | rollover to Am Balanced Fund |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Xavier | 3/21/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. USAA First | A | Dividend | | | sell | 08-13 | J | | rollover to Am Balanced Fund |
| 20. American Express New Dimensions A | A | Dividend | | | sell | 08-17 | J | | |
| 21. Frost National Bank Market Index | A | Interest | K | T | | | | | |
| 22. American Express Cash Reserve | A | Interest | | | sell | 08-17 | J | | |
| 23. Frost National Bank | A | Interest | K | T | | | | | |
| 24. American Balanced Fund | A | Dividend | K | T | | | | | |
| 25. American Balanced Fund | A | Dividend | K | T | | | | | |
| 26. Fidelity IRA FBALX | A | Dividend | K | T | | | | | |
| 27. Firstmark Credit Union | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Xavier | 3/21/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Xavier | 3/21/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _____ 03-21-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure

Administrative Office of the United States Courts

Suite 2-301

One Columbus Circle, N.E.

Washington, D.C. 20544